Marc C. Forsythe – State Bar No. 153854
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
mforsythe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Basque Financial Services
Improperly Named as Basque Financial
Services Inc. and Basque Financial Services
LLC



**FILED & ENTERED**

**FEB 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>SHAUN D. ETCHEGOYEN,<br><br>Debtor. | Case No. 8:22-bk-10960-SC<br><br>Chapter 7 Proceeding<br><br>**ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER RE: SUBSTANTIVE CONSOLIDATION OF THE DEBTOR'S CHAPTER 7 ESTATE WITH NON-DEBTOR ENTITY BASQUE FINANCIAL SERVICES, INC.**<br><br>Evidentiary Hearing:<br>Date:         February 16, 2023<br>Time:        9:30 a.m.<br>Place:       Courtroom 5C, In-Person<br>              U.S. Bankruptcy Court<br>              411 W. Fourth Street<br>              Santa Ana, CA 92701 |

The *Motion for Order re: Substantive Consolidation of the Debtor's Chapter 7 Estate with Non-Debtor Entity Basque Financial Services, Inc.* (Docket No. 29) ("Motion"), filed by Richard A. Marshack, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Shaun D. Etchegoyen ("Debtor") came on for an in-person evidentiary hearing on February 16, 2023, the Honorable Scott C. Clarkson, United States Bankruptcy Judge presiding.

1

1     Thomas J. Polis of Polis & Associates, APLC appeared on the Trustee's behalf. Marc C. Forsythe and Brandon J. Iskander of Goe Forsythe & Hodges LLP appeared on behalf of Respondent Basque Financial Services. Other appearances were noted on the Court's record.

    Based on the Motion, the Opposition to the Motion (Docket No. 55), the Declarations filed in support of the Motion (Docket Nos. 31, 32, 33, 34, 39, 40, 41, 42), the Declaration filed in opposition to the Motion (Docket No. 56), the evidentiary objections (Docket No. 58), the Trial Briefs (Docket Nos. 80 & 81), the Trial Declarations (Docket Nos. 75, 76, 77 & 79),[1] all exhibits admitted at the hearing as noted on the record, the rulings noted on the record on the evidentiary objections thereto (Docket No. 85), all other papers filed in connection with the Motion, the Court having received the testimony of witnesses, and based upon its review of the evidence, and for the reasons set forth by the Court at the hearing, **IT IS ORDERED** that the Motion is denied.

###

Date: February 27, 2023

Scott C. Clarkson
United States Bankruptcy Judge

---

[1] The Trial Declaration of Jennifer Alling (Docket No. 75-4) was stricken for her failure to appear and testify at the evidentiary hearing.

2